## ADJUDICATED CLAIMS AGAINST BENEFICIAL ASSOCIATIONS.

### Circuit Court of Franklin County.

STATE, EX REL KOEHLER, v. GRAND LODGE ANCIENT ORDER OF UNITED WORKMEN. *

Decided, October 21, 1907.

*Mutual Benefit Societies—Adjudication of Claims—Lien for the Amount Ordered Paid—Order Equivalent to a Cashier's Check—Subsequent Appointment of a Receiver Without Effect.*

The adjudication of a claim by the duly authorized trustees of a fraternal organization with delivery of the order establishes a lien on the funds of the organization, which a court of equity will recognize as against a subsequently appointed receiver or assignee of the organization.

DUSTIN, J.; WILSON, J., and SULLIVAN, J., concur.

We are of the opinion that the issuing of the warrant in question by the proper authorities of the A. O. U. W. was the setting aside of the amount named for the claimant, Mrs. Koehler.

It was an order upon itself, duly certified, and needing no acceptance.

The action of an executive officer could not invalidate it nor render it non-effective. It was equivalent to what is known in banking as a cashier's check; and its legal effect is the same as if the money had been wrapped, labeled and set aside as belonging to the party named thereon.

Hence we think the authorities cited by counsel for the receiver with reference to checks and orders do not apply, and that Judge Hosea of the Superior Court of Cincinnati, Ohio, in the case of *Hunt* v. *Supreme Lodge A. O. U. W.*, took the proper view.

Decree accordingly.

---

* Approving *Hunt* v. *Supreme Lodge A. O. U. W.*, 5 O. L. R., 374, which see for the facts of a similar case.